FILED: January 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1032

(1:11-cv-03719-RDB)

_____

GREGORY KANE

        Plaintiff - Appellant

v.

UPS PENSION PLAN BOARD OF TRUSTEES

        Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:11-cv-03719-RDB |
| Date notice of appeal filed in originating court: | 01/09/2014 |
| Appellant (s) | Gregory Kane |
| Appellate Case Number | 14-1032 |
| Case Manager | Taline A. Fischer<br>804-916-2704 |