# No. 14-1032

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH JUDICIAL CIRCUIT

|  |  |
|---|---|
| GREGORY KANE, | ) |
| Plaintiff-Appellant, | ) Appeal from the U.S. District Court |
|  | ) for the District of Maryland |
| vs. | ) Dist. Court Case No. |
|  | ) 1:11-cv-03719-RDB |
| UPS PENSION PLAN BOARD | ) Honorable Richard Bennett, |
|  | ) Presiding |
| Defendants-Appellees | ) |

### APPELLANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF TO APPELLEE'S RESPONSE BRIEF

Pursuant to Local Rule 27(b), Plaintiff-Appellant Gregory Kane files this Consent Motion for Extension of Time to File Reply Brief to Appellee's Response Brief. Counsel for the Appellee has consented to this Motion and the deadline requested herein. The background and reasons for the request are outlined below:

1. The current date set forth in the briefing schedule by which the Plaintiff-Appellant must file the reply brief is Friday, May 30, 2014.

2. The undersigned counsel in this matter currently has a substantial litigation workload that includes an Equal Employment Opportunity Commission mediation and multiple depositions in the same week as

May 30, 2014, and will be unable to adequately prepare the reply brief in this matter.

3. The Plaintiff-Appellant is requesting only until Monday, June 2, 2014 (an additional three calendar days) to file the reply brief.

4. The respective counsels in this matter have conferred and request that the Court grants Plaintiff-Appellant an extension of time to file the reply brief by Monday, June 2, 2014.

5. Counsel for Defendant-Appellee has agreed to an extension of time for Plaintiff-Appellant to file the reply brief by Monday, June 2, 2014.

6. Therefore, Plaintiff-Appellant requests that the Court grants an extension of time to file the reply brief to the Defendant-Appellee's response brief by June 2, 2014.

Dated: May 27, 2014

                                        Respectfully submitted

                                        /s/ Denise M. Clark
                                        Denise M. Clark, Esq.
                                        1250 Connecticut Avenue, N.W., Suite 200
                                        Washington, D.C. 20036
                                        (202) 293-0015 (ph)
                                        (202) 293-0115 (fax)
                                        Attorney for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I certify that Plaintiff-Appellant's Consent Motion for an Extension of Time to File Reply Brief to Appellee's Response Brief was served via ECF/CM upon J. Timothy McDonald, counsel representing the Defendant-Appellee, on May 27, 2014.

/s/ Denise M. Clark
Denise M. Clark