FILED: May 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1032

(1:11-cv-03719-RDB)

_____

GREGORY KANE

      Plaintiff - Appellant

v.

UPS PENSION PLAN BOARD OF TRUSTEES

      Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 06/02/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk