## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 3, 2014

_____

### DOCKET CORRECTION NOTICE
_____

No.  14-1032,     <u>Gregory Kane v. UPS Pension Plan Board</u>
                 1:11-cv-03719-RDB

TO:    Denise M. Clark

FILING CORRECTION DUE:  June 6, 2014

Please make the correction identified below and file a corrected document by the date indicated.

_____

 [ x ] Incorrect event used. Please refile document using *brief*.


Taline A. Fischer, Deputy Clerk
804-916-2704